ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X
UNITED STATES OF AMERICA         :

        -against-        :

                              ORDER

CRAIG GERNETT                    :

        Defendant.       :      04 CR 929

------------------------------X

Upon the application of defendant's counsel Justine Harris, Esq. of the Federal Defender Division of the Legal Aid Society,

IT IS HEREBY ORDERED that:

Dr. Alexander S. Bardey, board-certified psychologist, and his assistant, Katie Shnay, be permitted to enter the Metropolitan Detention Center in Brooklyn, New York ("MDC") on April 26, 2006 at 9:30 A.M., in order to conduct an evaluation of CRAIG GERNETT, Register No. 63309-053, an inmate presently in custody at the MDC; and be permitted to reenter the MDC as many times as are necessary for him to complete his examination.

DATED:    April 21, 2006
           BROOKLYN, NY

                              THE HONORABLE FREDERIC BLOCK
                              United States District Judge

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
16 Court Street-3rd Floor, Brooklyn, NY 11241
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

April 17, 2006

The Honorable Frederic Block
Senior U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

COURTESY COPY

RE:     <u>United States v. Craig Gernett, 04 CR 929</u>

Your Honor:

Our office would like Mr. Gernett to undergo a comprehensive psychological evaluation. We respectfully request that Your Honor sign the attached Order, which would allow Dr. Alexander Sasha Bardey and his assistant to enter the Metropolitan Detention Center in order to conduct this evaluation.

I appreciate the Court's consideration of this request.

Respectfully yours,

Justine Harris, Esq.
Counsel for Mr. Gernett
(718) 330-1200

cc:     Clerk of the Court